AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     5:17-cv-01712  HRL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Fieldturf USA, Inc., a Florida corporation c/o CT Corporation System

was received by me on *(date)*            04/03/2017             .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Daisy Montenegro of CT Corporation System          , who is

designated by law to accept service of process on behalf of *(name of organization)*      Fieldturf USA, Inc.,

a Florida corporation                                        on *(date)*      04/05/2017      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Pursuant to California State Law


My fees are $    59.00     for travel and $ _____ for services, for a total of $      59.00      .

I declare under penalty of perjury that this information is true.

Date:  4-6-2017

_____
*Server's signature*

Pradip Kissoondyal, Registered Process Server
*Printed name and title*

509 Marin Street, Suite 237
Thousand Oaks, CA 91360
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of California - San Jose Division

|  |  |
|---|---|
| PAJARO VALLEY UNIFIED SCHOOL DISTRICT, a political subdivision of the State of California *Plaintiff(s)* v. FIELDTURF USA, INC., a Florida corporation; FIELDTURF, INC., a Canadian corporation; FIELDTURF TARKETT, a French corporation; TARKETT, a publicly traded French limited liability company *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   5:17-cv-01712-HRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FIELDTURF USA, INC., a Florida corporation
c/o  C T Corporation System
818 W 7TH Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBERTSON & ASSOCIATES, LLP
Alexander Robertson, IV (SBN 127042)
 arobertson@arobertsonlaw.com
32121 Lindero Canyon Road, Suite 200, Westlake Village, CA 91361
Telephone: 818-851-3850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date: March 29, 2017

*Signature of Clerk or Deputy Clerk*